

# IN THE
# TENHEN COURT OF APPEALS

———————————

## No. 10-21-00228-CR

## IN RE SCOTTIE H. GIBSON

———————————

## Original Proceeding

## From the 249th District Court
## Johnson County, Texas
## Trial Court No. 202000027

## MEMORANDUM OPINION

Scottie Gibson filed a Petition for Writ of Mandamus on September 10, 2021, asking this Court to compel the trial court to rule on his Application for Writ of Habeas Corpus. On October 7, 2021, the trial court signed an order denying Gibson's pretrial Application for Writ of Habeas Corpus.

Accordingly, Gibson's petition for writ of mandamus is now moot and is dismissed for want of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Petition dismissed
Opinion delivered and filed October 13, 2021
Do not publish
[OT06]

